HON. FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.   CR06-5359FDB |
| Plaintiff, | ) | |
| | ) | ORDER EXTENDING |
| v. | ) | SURRENDER DATE |
| | ) | |
| DARSHANPREET PATARIA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on the motion of the defendant to extend the voluntary surrender date, and the Court having reviewed the motion, and the records and files herein, it is now therefore

ORDERED that DEFENDANT DARSHANPREET PATARIA's motion to extend his surrender date is GRANTED.

//

//

//

The defendant's current surrender date of March 8, 2007 is extended to Thursday, April 5, 2007, no later than 12:00 noon at the Federal Prison Camp Sheridan, 27072 Ballston Road, Sheridan, Oregon, 97378-9601.

DONE THIS 6th day of March, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE